UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 2:15 pm, Apr 17, 2017

IN RE: CHRYSLER−DODGE−JEEP ECODIESEL
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                              MDL No. 2777

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 5, 2017, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Edward M. Chen.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chen.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 5, 2017, and, with the consent of that court, assigned to the Honorable Edward M. Chen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 17, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: L.C. Santos
Deputy Clerk
Date: 17 April 2017

IN RE: CHRYSLER−DODGE−JEEP ECODIESEL
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                     MDL No. 2777


### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 17−00040 | Stephens et al v. FCA US LLC et al |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 17−00120 | Chatom Motor Company v. FCA US, LLC et al |
| GEORGIA SOUTHERN | | | |
| GAS | 2 | 17−00032 | Rothe et al v. FCA US LLC et al |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 17−00031 | Rivero et al v. FCA US LLC |
| MASSACHUSETTS | | | |
| MA | 1 | 17−10342 | Kelley v. FCA US LLC et al |
| OHIO SOUTHERN | | | |
| OHS | 2 | 17−00096 | Marlatt, Jr. et al v. FCA US LLC et al |
| WEST VIRGINIA NORTHERN | | | |
| WVN | 1 | 17−00047 | Johnson et al v. FCA US LLC et al |